**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:        Nseabasi Samuel Williams v. The State of Texas

Appellate case number:     01-15-00509-CR

Trial court case number:    1455282

Trial court:                      263rd District Court

Appellant's court-appointed counsel filed a brief concluding that the above-referenced appeal is frivolous. *See Anders v. California*, 386 U.S. 738, 744, 87 S. Ct. 1396, 1400 (1967). Counsel has not, however, filed a motion to withdraw from representation.

If appointed counsel believes that an appeal is frivolous, counsel must request permission to withdraw. *See id.* An *Anders* brief must accompany a motion to withdraw, neither the brief nor the motion may be filed on its own. *See id.*; *In re Schulman*, 252 S.W.3d 403, 406–08 (Tex. Crim. App. 2008).

Accordingly, we order appellant's appointed counsel, Jerome Godinich, Jr., to file with the Clerk of this Court within 10 days of the date of this order a motion to withdraw that complies with Texas Rules of Appellate Procedure 6.5 and 9. *See* TEX. R. APP. P. 6.5, 9; *Schulman*, 252 S.W.3d at 410, 412.

It is so ORDERED.


Judge's signature: /s/ Michael Massengale
                        ☒   Acting individually    ☐  Acting for the Court

Date:  December 22, 2015